## RELIABLE INS. CO. v. NEWCOMBER.

No. 2140.      Opinion Filed October 15, 1912.

(127 Pac. 260.)

**APPEAL AND ERROR—Dismissal—Filing of Brief.** Where plaintiff in error has filed no brief, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Robertson, C.)

*Error from Kiowa County Court;*
*J. W. Mansell, Judge.*

Action by W. H. Newcomber against the Reliable Insurance Company. Judgment for plaintiff, and defendant brings error. Dismissed.

*O. L. Price* and *Morse & Standeven,* for plaintiff in error.

*Hays, Carpenter & Hughes,* for defendant in error.

Opinion by ROBERTSON, C. This appeal was filed in this court November 21, 1910. Neither party has filed a brief, nor

is there any excuse offered for their failure to do so. It is evident that the proceedings have been abandoned. The appeal should therefore be dismissed for want of prosecution, under rule 7 of this court (20 Okla. viii, 95 Pac. vi). *Hass v. Mc-Campbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick,* 27 Okla. 779, 117 Pac. 200; *Bender v. Bender et al.,* 30 Okla. 288, 119 Pac. 205; *Cox v. Rogers,* 30 Okla. 296, 119 Pac. 205; *McClelland v. Witherall,* 30 Okla. 287, 119 Pac. 205.

By the Court: It is so ordered.